IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| ESTATE OF CLJC, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF JOPLIN, et al., <br><br> Defendants. | Case No.: 2:23-CV-2134-EFM-RES |

### **PLAINTIFFS' RESPONSE TO THE COURT'S ORDER**

Comes Now Plaintiffs, by and through counsel, and in response to the Court's Order (ECF 9) issued on April 7, 2023, state as follows:

1. This action was filed using Pseudonym Sniper One for one of the Defendants.

2. Plaintiffs have not yet ascertained with complete certainty the identity of Sniper One. To date, the information available to Plaintiffs leads Plaintiffs to believe that they are confident as to the identity of Sniper One, but not yet 100% certain.

3. Given the facts of the case, coupled with apparent death threats sent to City of Joplin, Plaintiffs did not want to name the wrong person as Sniper One and accidentally accuse the wrong person of shooting CLJC. Inaccurately naming such a person could have dire consequences for such person and proper administration of justice.

4. Under the circumstances, Plaintiffs believed it to be more respectful and more conducive to the administration of justice to make sure only the sniper that shot CLJC would be actually named once Plaintiffs established the identity of such person without any doubt.

5. Plaintiffs meant no disrespect to this Court or Defendants in using a pseudonym.

6. Plaintiffs have filed this response out of an abundance of caution and out of respect for this Court in that Plaintiffs did not want to leave the Court with the impression that Plaintiffs were flouting the Federal Rules of Civil Procedure or Rules of this Court.

*Respectfully Submitted,*

**THE O'BRIEN LAW FIRM, PC**

BY: /S/ Grant C. Boyd
Grant C. Boyd #79084
The O'Brien Law Firm
815 Geyer Ave
St. Louis, MO  63104
(314) 588-0558
(314) 588-0634 FAX
boyd@obrienlawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of April 2023, a true and accurate copy of the foregoing was electronically filed and served upon all parties by the Court's electronic filing system and emailed to counsel for all parties.

/s/ Grant C. Boyd