IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ESTATE OF CLJC &** | ) | |
| **CARLA CRAWFORD,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:23-CV-2134-EFM-RES |
| v. | ) | |
| | ) | |
| **CITY OF JOPLIN, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER APPOVING SETTLEMENT AND DISTRIBUTION OF FUNDS

NOW on this 16th day of November 2023, the above-entitled cause comes on for the approval of the settlement among the parties and an allocation of the settlement funds. Plaintiffs Carla Crawford, individually, and as Administratrix of the Estate of C.L.J.C., by and through her attorney, Grant Boyd, and the O'Brien Law Firm and Intervenor Richard Anderson, individually, and by and through his attorney, Thomas Porto and the Popham Law Firm. Defendants, City of Joplin by and through its attorney, Karl W. Blanchard, Jr. and the firm of Millington & Glass; the City of Baxter Springs, by and through its attorney, Michael K. Seck and Fisher Patterson Sayler & Smith, LLP; and Cherokee County, by and through its attorney, Edward Keeley.

THEREUPON, the parties have, subject to the Court's approval, settled and compromised their differences and agreed upon a compromised settlement of Plaintiffs' claims.

THEREUPON, the Plaintiffs announce to the Court that Carla Crawford is the maternal grandmother of C.L.J.C., deceased, and is the duly appointed Administratrix of the Estate of C.L.J.C., deceased. Richard Anderson is the paternal grandfather of C.L.J.C., deceased.

THEREUPON, the Plaintiffs have demonstrated their efforts to identify any other heirs through their respective affidavits attached to the parties' Joint Motion [Doc. 50] and there are none.

THEREUPON, the parties announce to the Court that on August 15, 2023, after 7.5 hours of mediation and as a result of that mediation settlement was reached between all parties for the sum of $1,500,000 whereby the City of Joplin would pay to Plaintiffs and Intervenor the total sum of $1,400,000. Further, the City of Baxter Springs and Cherokee County will each pay $50,000. The parties agree that these settlements are to be a complete settlement of any and all claims which Plaintiffs or Intervenor might have under either state or federal law, either stated or unstated in the pleadings including, by not limited to, any claim under 42 U.S.C. § 1983 or K.S.A. § 60-1901.

THEREUPON, the Plaintiffs, Carla Crawford, individually and Carla Crawford Administratrix of the Estate of C.L.J.C. represent to the Court that they have entered into an attorney- fee contract with the O'Brien Law Firm which provides for the payment out of the settlement fees of the sum of $14,297.27 for expenses and $250,000 for attorney's fees.

THEREUPON, Intervenor, Richard Anderson, represents to the Court that he has entered into an attorney-fee contract with the Popham Firm which provides that the expenses of litigation be paid equally between attorney and client in the total sum of $14,297.28 and $244,989.01 for attorney's fees.

WHEREUPON, the Plaintiffs and Intervenor have stipulated and agreed that irrespective of the provision of apportionment of damages under state or federal law that the total settlement proceeds be divided equally *to wit*, $750,000 to Plaintiff Carla Crawford, individually, and $750,000 to Intervenor Richard Anderson. The Estate of C.L.J.C. by and through its

Administratrix, Carla Crawford, waives any right or interest to the proceed, such Waiver appearing at Exhibit A of Doc. 50.

THEREUPON, having considered the Joint Motion for Approval of Compromise Settlement and Distribution of Funds [Doc. 50] and being duly advised in the premises, the Court finds that: (1) it has subject matter jurisdiction over the action and personal jurisdiction over the parties; (2) that the amount of settlement entered into between the parties is fair, just, and equitable; (3) that the settlement is in the best interest of all parties; (4) that the distributions outlined above, including attorney's fees and expenses, are reasonable and customary; (5) that upon payment of the settlement proceeds Plaintiffs Carla Crawford and Carla Crawford Administratrix of the Estate of C.L.J.C., deceased, and Intervenor Richard Anderson shall execute a full and general Release, releasing the Defendants, and each of them, as set forth in the individual Releases; and (6) that Plaintiffs' Complaint and Intervenor's Complaint is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Plaintiffs' Complaint and Intervenor's Complaint are dismissed with prejudice, each party to bear their own cost and attorney's fees. This case is closed.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated this 16th day of November, 2023.

*/s/ Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

Approved and submitted by:

/s/ Grant C. Boyd
Grant C. Boyd, #79084
THE O'BRIEN LAW FIRM
815 Geyer Avenue
St. Louis, Missouri 63104
(314) 588-0558
(314) 588-0634 Fax
boyd@obrienlaw.com
**Attorney for Plaintiffs**
**Estate of CLJC and Carla Crawford**


/s/ Thomas J. Porto
Thomas J. Porto, #26214
THE POPHAM LAW FIRM
712 Broadway, Suite 100
Kansas City, MO 64105
(816) 221-2288
(816) 221-3999
tporto@pophamlaw.com
**Attorney for Plaintiff Intervenor**
**Richard Anderson**


/s/ Karl Blanchard, Jr.
Karl Blanchard, Jr., KS #79087
MILLINGTON & GLASS
1901 – A S. Ventura
Springfield, MO 65804
(417) 434-7315
kblanchardjr@springfieldlaw.net
**Attorney for City of Joplin, Missouri**
**and Sniper One**


/s/ Edward L. Keeley
Edward L. Keeley
300 W. Douglas Avenue, Suite 500

Wichita, Kansas 67202
(316) 263-5851
ekeeley@mcdonaldtinker.com
**Attorney for Cherokee County, Kansas**

/s/ Michael K. Seck
Michael K. Seck, #11393
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS  66210
(913) 339-6757 / Fax: (913) 660-7919
mseck@fpsslaw.com
**Attorney for Defendant**
**City of Baxter Springs, Kansas**