# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| **ESTATE OF CLJC, et al.,** )<br>)<br>) | **Case No. 2:23-CV-02134-EFM-RES** |
| **Plaintiffs,** )<br>) | |
| **v.** )<br>) | |
| **CITY OF JOPLIN, et al.,** )<br>) | |
| **Defendants.** ) | |

## CITY OF JOPLIN, MISSOURI'S MOTION TO REOPEN CASE FOR LIMITED PURPOSE OF DECLARING RIGHTS

COMES NOW, City of Joplin by and through its attorneys and moves this Court for its Order reopening the case for the limited purpose determining rights pursuant to Rule 57 FRCP and the terms of this Court's Protective Order entered on May 1, 2023 and as amended June 1, 2023 and declare an Order regarding the interest of the City of Joplin and its duties pursuant to said Protective Order regarding the Kansas Bureau of Investigation report described therein. In support of its Motion, City of Joplin states as follows:

1. That on May 1, 2023, this Court entered a Protective Order regarding the Kansas Bureau of Investigation report regarding the incidents and events described in the pleadings. Said Order was amended on June 1, 2023.

2. Pursuant to paragraph 4 of the said Order, the Court provided that the case might be reopened for the limited purpose of enforcing or modifying the subject matter of the Order.

3. Pursuant to the underlying litigation being settled, a representative of the Joplin Police Department requested a copy of the Kansas Bureau of Investigation's report for the limited purposes of pleading its internal investigation regarding the incident. That investigation has been concluded.

4. Kansas Bureau of Investigation takes the position that the contents of the report are still confidential and not subject to disclosure.

5. The City of Joplin has been served with multiple requests under the Freedom of Information Act for copies of all records it has in its possession regarding the incident including the KBI report.

6. That a copy of this Motion is being provided to Sarah Washburn at Kansas Bureau of Investigation.

WHEREFORE, City of Joplin seeks an Order of this Court as follows:

1. Reopening the case for the limited purpose of determining the status of the copy of the KBI report;

2. Determining whether or not the Protective Order is still valid and binding on all parties to the Case or if it is no longer in effect;

3. And for such other orders as this Court deems just and proper.

Respectfully submitted,

/s/      *Karl W. Blanchard, Jr.*
Karl W. Blanchard, Jr. - #79087
MILLINGTON & GLASS
320 W. 4th Street
Joplin, MO 64801
(417) 434-7315 (Voice)
(417) 623-6865 (Facsimile)
kblanchardjr@springfieldlaw.net
ATTORNEYS FOR DEFENDANT
CITY OF JOPLIN

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 11th day of June 2024, the foregoing was electronically filed and served upon all parties by the Court's electronic filing system and emailed to counsel for all parties and via email to the following party:

Ms. Sarah Washburn
Kansas Bureau of Investigation
Sarah.Washburn@kbi.ks.gov

*/s/ Karl W. Blanchard, Jr.*
Karl. W. Blanchard, Jr.

3